## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**JASON GATES,**                                          **PLAINTIFF**

**V.**                                          **NO: 3:20CV41-M-P**

**EQUIFAX INFORMATION SERVICES,**                          **DEFENDANTS**
**LLC and WEB BANK, INC.**

## ORDER OF DISMISSAL OF
## EQUIFAX INFORMATION SERVICES, LLC
## WITHOUT PREJUDICE

Pursuant to a [3] Notice of Settlement with Defendant Equifax Information Services,

LLC filed by the parties in this case, it is hereby **ORDERED** that Equifax Information Services,

LLC be dismissed without prejudice and terminated as a party in this cause.

This the 10th day of March, 2020.

                                        **/s/ Michael P. Mills**
                                        **UNITED STATES DISTRICT JUDGE**
                                        **NORTHERN DISTRICT OF MISSISSIPPI**